# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| CANDACE JOHNSON, | ) | CASE NO. 4: 10 CV 499 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge James R. Knepp.  The Report and Recommendation (Document # 19), issued on March 8, 2011, is ADOPTED by this Court.   Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's decision denying her a period of disability insurance benefits.  The Magistrate Judge recommended that Court affirm the final decision of the Commissioner.  No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety.  IT IS SO ORDERED

      /s/ Donald C. Nugent
                DONALD C. NUGENT
United States District Judge

DATED:   April 7, 2011